**WO**

**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Nicholas John Schwartz,            )<br>                                                  )<br>            Plaintiff,              )<br>                                                  )<br>vs.                                             )<br>                                                  )<br>                                                  )<br>Chase Home Finance, LLC, et. al.,  )<br>                                                  )<br>            Defendants.         )<br>_____)  | No. CV 10-2120-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiff's "Motion for Extension of Time to Comply with Order to Amend" (doc. 16). Plaintiff asks for an extension until January 10, 2011 to file an amended complaint. Plaintiff asserts that good cause exists because the added time may enable him to find counsel, or if not, will afford him enough time to research the issues himself considering public library closures over the holidays. We find plaintiff has stated good cause to extend the amended complaint deadline until January 10, 2011. We hope that with this extension plaintiff will succeed in obtaining counsel.

THEREFORE IT IS ORDERED GRANTING plaintiff's motion for an extension of time to comply with order to amend (doc. 16). Plaintiff shall have to and including January 10, 2011 within which to file an amended complaint.

DATED this 22nd day of December, 2010.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge